**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

CASE NO.: 26-cv-60059

JASON FYK,

  *Plaintiff*,

vs.

AMERICAN NEIGHBORHOOD
MORTGAGE ACCEPTANCE COMPANY,
LLC (d/b/a/ ANNIEMAC HOME MORTGAGE),
FAMILY FIRST FUNDING, LLC,
CHANGE LENDING, LLC, and
RE/MAX HOLDINGS, INC.,

  *Defendants*.

_____/

## PLAINTIFF'S NOTICE OF STRIKING [D.E. 28]

Pursuant to [D.E. 30], Plaintiff hereby strikes [D.E. 28]. Undersigned will soon reach out

to the Clerk to ascertain what, exactly, he is doing wrong. Then, [D.E. 28] will be refiled posthaste.

Dated: April 1, 2026.

        Respectfully submitted,

        **GREYBER LAW, PLLC**
        8903 Glades Rd., Ste A8 #111
        Boca Raton, Florida  33434
        Tel: (561) 702-7673; Fax: (833) 809-0137

        /s/ Jeffrey L. Greyber
        **Jeffrey L. Greyber, Esq.**
        Florida Bar No. 41103
        jgreyber@greyberlaw.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2026, I electronically filed the foregoing documents with the Clerk of the Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record *via* Notices of Electronic Filing generated by CM/ECF.

/s/ Jeffrey Greyber
**Jeffrey Greyber, Esq.**